Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Irina Tsyura and Victor Tsyura

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irina Tsyura and Victor Tsyura,<br><br>    Plaintiff,<br><br>    vs.<br><br>Vital Recovery Services, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: CV11-2820<br><br>**VOLUNTARY WITHDRAWAL** |

---

CV 11-2820 LB                                                                     ORDER RE  VOLUNTARY WITHDRAWAL

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Irina Tsyura and Victor Tsyura ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ Tammy Hussin
Tammy Hussin  *Of Counsel*
Lemberg & Associates
Attorney for Plaintiff, Irina Tsyura and Victor Tsyura

IT IS SO ORDERED:

_____
Honorable   Laurel Beeler
United States Magistrate Judge

Date: August 25, 2011